# Exhibit 3

| Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Alto Technology LLC ("Defendant") |
|---|

| Claims | Evidence |
|---|---|
| 10. A communications method comprising: | The Alto Customer Service system performs a method for communicating in a communication network.<br><br>For example, the Alto Customer Service system performs a method of communicating by establishing, over a communication network, a call between a caller with a request and a call center agent. The Alto Customer Service system runs on UJET.CX (CCaaS - Call Center as a Service).<br><br>Contact us:<br><br>Email<br>support@ridealto.com<br><br>Phone:<br>888-307-0174 |

1

Source: https://help.ridealto.com/still-have-questions

Source: https://ridealto.com/contact-us

2



Source: https://ujet.cx/

| | |
|---|---|
| (a) receiving a plurality of communications, each having associated classification information. | The Alto Customer Service system receives a plurality of communications, each having associated classification information.<br><br>For example, the Alto Customer Service system receives calls from multiple callers. For each call, the caller provides information about the nature of the call via keypad entry or Interactive Voice Response (IVR). The information provided by the caller is used to classify the call. |

3

Contact us:

Email
support@ridealto.com

Phone:
888-307-0174

Source: https://help.ridealto.com/still-have-questions

## Multiple Languages and Locale Support

Set up support locations worldwide and provide localized platform instances and local phone numbers. Offer customers menus in more than 15 languages.

Source: https://ujet.cx/voice

Properly implemented IVR intelligently routes customers to the necessary agent instead of forcing them to repeatedly authenticate their identity, experience multiple transfers, or repeatedly explain the issue. This all leads to negative customer experience, extended wait times, and inefficient customer support.

Source: https://ujet.cx/voice

5



Source: https://ujet.cx/ujet-ivr#form-go

6



Source:https://ujet.cx/ujet-ivr#form-go

7



Source: https://ujet.cx/ujet-ivr#form-go

| | |
|---|---|
| | **Personalized Call Routing to Ensure Customer Satisfaction**<br><br>Properly implemented cloud IVR intelligently routes customers to the optimal agent instead of forcing them to repeatedly authenticate their identity, experience multiple transfers, or explain the issue over and over again.<br><br>Source: https://ujet.cx/ujet-ivr#form-go |
| (b) storing information representing characteristics of a plurality of potential targets; | The Alto Customer Service system maintains information about potential targets that include support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, the Alto Customer Service system stores information about the skills possessed by agents who are potential targets of the call.<br><br>**1. Accelerated resolution with smart routing**<br><br>The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.<br><br>For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent. |

UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.

These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience.

Source:
https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver



### Intelligent Call Routing

Create and customize rules to route incoming requests. Add specific or temporary rules to manage priority calls or deflections.

Source: https://ujet.cx/voice

Use actionable data from the UJET platform to discover the most common customer issues, average call handle time to find places for improvement, and agent performance.

Intelligent routing rules and UJET Direct Access Points transfer customers to specialized support agents, to self-service solutions, or to a Knowledge Base. All options are customizable in the platform.

## Agents

Route customers from customizable IVR to the best available agent. Customer data presented to agents accelerate issue resolution. For high priority issues, route customers directly to specialized agents.

Create the best customer experience while enabling agents to reduce call handle time when solving problems.

Source: https://ujet.cx/voice

11

Case 3:26-cv-01065-X   Document 1-3   Filed 04/02/26   Page 13 of 23   PageID 122

<table>
<tr><td></td><td>

**Manage Call Routing Intelligently**

Improve call queue management with UJET's ACD contact center solution. Route calls based on contextual data and customer intent, rather than simple skill to IVR menu matching.

- Intelligently connect customers to the best agent based on contextual data from your CRM.
- Advanced queue management offers unlimited queues, powered by actionable data insight, to route customers to self-service solutions or directly to an agent.
- Scheduled callbacks reduce wait times and improve the customer experience.

Source: https://ujet.cx/ujet-voice
</td></tr>
<tr><td>(c) determining</td><td>The Alto Customer Service system determines an optimum target for each</td></tr>
</table>

12

| | |
|---|---|
| an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets.<br><br>For example, the Alto Customer Service system analyses information provided by a caller to determine one or more skills that an agent should possess to help the caller. To run at peak performance, the system considers multiple variables such as call queue length, number of available agents, average length of call, and agent skillsets when selecting an agent to connect with the caller. Alto employs numerous agents, at least three of which possess the skill set required by the caller.<br><br>**1. Accelerated resolution with smart routing**<br><br>The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.<br><br>For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent. |

UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.

These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience.

Source: https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

### Start your value transformation with UJET

Transforming your contact center from a cost center to a value driver is critical for staying competitive. With UJET's AI-driven technologies, contact centers can:

- Reduce operational costs with automation and optimized efficiency
- Increase revenue through improved CX and agent empowerment
- Use data to continuously refine and improve processes

Source: https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

**Manage Call Routing Intelligently**

Improve call queue management with UJET's ACD contact center solution. Route calls based on contextual data and customer intent, rather than simple skill to IVR menu matching.

- Intelligently connect customers to the best agent based on contextual data from your CRM.
- Advanced queue management offers unlimited queues, powered by actionable data insight, to route customers to self-service solutions or directly to an agent.
- Scheduled callbacks reduce wait times and improve the customer experience.

Source: https://ujet.cx/ujet-voice

Properly implemented IVR intelligently routes customers to the necessary agent instead of forcing them to repeatedly authenticate their identity, experience multiple transfers, or repeatedly explain the issue. This all leads to negative customer experience, extended wait times, and inefficient customer support.

The UJET platform allows an unlimited number of queues, powered by actionable data intelligence, to route customers to self-service solutions or directly to a knowledgeable agent.

Source: https://ujet.cx/voice



Source: https://info.ujet.co/overview

16

| (d) routing the communication to the optimum target, | The Alto Customer Service system routes the communication to the optimum target.<br><br>For example, upon determining, as the optimum target, the agent to which the caller should be connected, the Alto Customer Service system routes the call to that agent.<br><br>**Visual & Voice IVR**<br><br>**Intelligent Routing Made Easy**<br><br>UJET offers full IVR tools to enhance customer experience, regardless of the channels your customers prefer – including voice, in-app, web, and SMS routing. Combine historical customer data and real-time context to predict intent and inform routing logic for the best unique experience and outcome. Enable dynamic routing based on CRM data such as purchase history, member status, or previous sentiment score so your VIP customers reach the right agent or department quickly with minimal friction.<br><br>Source: https://ujet.cx/ujet-ivr |

## 1. Accelerated resolution with smart routing

The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.

For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent.

UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.

These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience.

Source:
https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

18

## Manage Call Routing Intelligently

Improve call queue management with UJET's ACD contact center solution. Route calls based on contextual data and customer intent, rather than simple skill to IVR menu matching.

- Intelligently connect customers to the best agent based on contextual data from your CRM.
- Advanced queue management offers unlimited queues, powered by actionable data insight, to route customers to self-service solutions or directly to an agent.
- Scheduled callbacks reduce wait times and improve the customer experience.

Source: https://ujet.cx/ujet-voice

| | |
|---|---|
| said determining step and said routing step being performed within a common operating environment. | Alto Customer Service system performs the determination and the routing steps within a common operating environment.<br><br>For example, the Alto Customer Service System is implemented as a cloud-based software platform that runs on Amazon Web Services (AWS) Servers. AWS is hosted in cloud communication environment, which is a common operating environment. |

19



Source: https://aws.amazon.com/marketplace/pp/prodview-3kjyumlzftcpi

Source: https://ujet.cx/cx-intercloud

| Claims | Evidence |
|---|---|
| 11. The method according to claim 10, wherein the determination and routing employ a common message queue in an operating system. | The Alto Customer Service system employs a common message queue in an operating system when performing the determination and routing.<br><br>For example, the Alto Customer Service system is implemented on UJET.CX (CCaaS – Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment under the control of a common operating system. In AWS, application communications are routed via messages passed through a common message queue.<br><br><br><br>Source: https://aws.amazon.com/marketplace/pp/prodview-3kjyumlzftcpi |



CX Intercloud isn't just contractual - it rolls over all live interactions in the event of an outage. CX Intercloud covers not only agent connectivity, but also key supporting AI-powered technologies like Agent Assist and Virtual Agent.

The product enables customers to have their UJET instance pre-deployed across multiple cloud platforms. Each cloud instance individually contains UJET's three standard availability zones within region and one cross region; but furthermore supports cross-cloud operation on Google Cloud Platform (GCP) **and** Amazon Web Services (AWS). Each cloud instance is independently scaled to support 100% of customer interaction volume, with automatic distribution to the remaining stacks if one becomes partially or entirely unavailable.

Source: https://ujet.cx/cx-intercloud

### Messages and notifications

AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

22